NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1450, -1451, -1452, -1468, -1469, 2010-1017

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

-----------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant-Appellee,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Appellees,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees.

and

TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER NY CABLE LLC, AOL, LLC, COMPUSERVE INTERACTIVE SERVICES, INC., NETSCAPE COMMUNICATIONS CORP., CHARTER COMMUNICATIONS ENTERTAINMENT I LLC, CHARTER COMMUNICATIONS HOLDING COMPANY LLC, CHARTER COMMUNICATIONS OPERATING LLC, and CHARTER COMMUNICATIONS, INC.,

Defendants,

and

CSC HOLDINGS, INC. (now known as CSC Holdings, LLC), CABLEVISION SYSTEMS CORPORATION, CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, CABLEVISION OF BROOKHAVEN, INC., CABLEVISION OF CONNECTICUT CORPORATION, CABLEVISION OF HUDSON COUNTY, INC., CABLEVISION OF LITCHFIELD, INC., CABLEVISION OF MONMOUTH, INC., CABLEVISION OF NEW JERSEY, INC., CABLEVISION OF OAKLAND LLC, and CABLEVISION OF ROCKLAND/RAMAPO LLC,

Defendants-Appellees,

and

TDS METROCOM LLC, TDS TELECOMMUNICATIONS CORPORATION, and UNITED STATES CELLULAR CORPORATION,

Defendants.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134, Judge R. Gary Klausner.

ON MOTION

ORDER

Upon review of the docket, it appears that in two separate orders the court provided two different due dates for the appellant's reply brief.

Accordingly,

IT IS ORDERED THAT:

Katz's reply brief, not to exceed 10,000 words, is due no later than June 2, 2010, as previously directed by the court's April 20, 2010 order.

FOR THE COURT

APR 3 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stephen C. Neal, Esq.
Christopher S. Ruhland, Esq.
Jonathan R. Spivey, Esq.
Michael McKool, Jr., Esq.
Josh A. Krevitt, Esq.
Kara F. Stoll, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

s8